**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-01867-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 17, 2008 | **Courtroom Deputy:** Ben Van Dyke |

JANET L. RODRIQUEZ, n/k/a KRAMER,          *Pro se*

    **Plaintiff,**

    v.

MARY MULLARKEY,
Chief Justice of the Colorado Supreme Court, *et al.*,     Alison Faryl Kyles
                                                                                     Jane Christman

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in Session:     9:13 a.m.**
Court calls case.  Appearances of defense counsel and *pro se* plaintiff.

The parties discuss with the court and present arguments regarding Defendants' Motion for Extension of Time to File Answer [filed November 3, 2008; doc. 15] and Defendants' Motion to Vacate Scheduling Conference and Stay Proceedings [filed November 3, 2008; doc. 16].

**ORDERED:** Defendants' Motion for Extension of Time to File Answer [filed November 3, 2008; doc. 15] is granted for the reasons stated on the record.  Defendants shall file an answer within twenty (20) days of an adjudication of the motion to dismiss.

**ORDERED:** Defendants' Motion to Vacate Scheduling Conference and Stay Proceedings [filed November 3, 2008; doc. 16] is denied for the reason stated on the record.

**ORDERED:** Scheduling Conference set for December 5, 2008 at 9:15 a.m.  The parties shall submit a proposed scheduling order by December 2, 2008.  The parties shall have a Rule 26(f) conference and make Rule 26(a) disclosures on the second, third, fourth, and seventh claims for relief by December 2, 2008.

HEARING CONCLUDED.

**Court in recess:** **9:45 a.m.**
Total time in court: 00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.