IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01867-REB-CBS

JANET L. RODRIGUEZ n/k/a KRAMER,
    Plaintiff,
v.

MARY MULLARKEY, Chief Justice of the Colorado State Supreme Court;
JAMES H. HIATT, Chief Judge of the District Court, Eighth Judicial District, State of Colorado;
RONALD L. SCHULTZ, Judge of the Larimer County Court, Eighth Judicial District , State of Colorado;
CHRISTINE A. CARNEY, Judge of the Larimer County Court, Eighth Judicial District, State of Colorado;
C. EDWARD STIRMAN, Judge of the Larimer County Court, Eighth Judicial District, State of Colorado;
PETER E. SCHOON, Judge of the Larimer County Court, Eighth Judicial District, State of Colorado;
SHERLYN SAMPSON, Clerk of Court, Eighth Judicial District, State of Colorado; and
JUDICIAL BRANCH, State of Colorado,
    Defendants.

___

ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Ms. Kramer's "Unopposed Motion for Leave to Amend" (filed December 15, 2008) (doc. # 28); and (2) "Defendants' Motion to Dismiss" (filed November 3, 2008) (doc. # 14). Pursuant to the Order of Reference dated September 3, 2008 (doc. # 2) and the memoranda dated November 4, 2008 (doc. # 17) and December 15, 2008 (doc. # 29), these matters were referred to the Magistrate Judge. The court having reviewed the pending matters and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Ms. Kramer's "Unopposed Motion for Leave to Amend" (filed December 15, 2008) (doc. # 28) is GRANTED.

    2.    "Plaintiff's First Amended Civil Complaint" (doc. # 28-2) (filed December 15, 2008) is hereby accepted for filing.

3. In light of the First Amended Civil Complaint and the parties' discussions at the Scheduling Conference held on December 5, 2008 (*see* doc. # 25), "Defendants' Motion to Dismiss" (filed November 3, 2008) (doc. # 14) is MOOT.

DATED at Denver, Colorado, this 17th day of December, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge