IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01867-REB-CBS

JANET L. RODRIQUEZ n/k/a KRAMER,
    Plaintiff,
v.

MARY MULLARKEY, *et al.*,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on: (1) Plaintiff Ms. Kramer's letter (filed March 2, 2009) (doc. # 35). Pursuant to the Order of Reference dated September 3, 2008 (doc. # 2) and the memorandum dated March 5, 2009 (doc. # 38), this matter was referred to the Magistrate Judge as a "Motion for Order." The court having reviewed the pending matter and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

1. Ms. Kramer's letter (filed March 2, 2009) (doc. # 35), referred to the Magistrate Judge as a "Motion for Order," is GRANTED.

2. The caption of the case shall reflect the correct spelling of Plaintiff's name as JANET L. RODRI**Q**UEZ n/k/a JANET KRAMER.

DATED at Denver, Colorado, this 5th day of March, 2009.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge

1