IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01867-REB-CBS

JANET L. RODRIQUEZ, n/k/a JANET KRAMER,

    Plaintiff,

v.

MARY MULLARKEY, Chief Justice of the Colorado State Supreme Court,
GERALD MARRONEY, State Court Administrator,
JAMES H. HIATT, Chief Judge of the District Court, Eighth Judicial District, State of
    Colorado,
RONALD L. SCHULTZ, Judge of the Larimer County Court, Eighth Judicial District,
    State of Colorado,
CHRISTINE A. CARNEY, Judge of the Larimer County Court, Eighth Judicial District,
    State of Colorado,
C. EDWARD STIRMAN, Judge of the Larimer County Court, Eighth Judicial District,
    State of Colorado,
PETER E. SCHOON, Judge of the Larimer County Court, Eighth Judicial District,
    State of Colorado,
SCOTT COURTNEY, District Court Administrator, Eighth Judicial District, State of
    Colorado,
SHERYLN SAMPSON, Clerk of Court, Eighth Judicial District, State of Colorado,
STATE COURT ADMINISTRATOR'S OFFICE, STATE OF COLORADO, Eighth
Judicial District, State of Colorado,
JUDICIAL BRANCH STATE OF COLORADO, and
STATE OF COLORADO,

    Defendants.

---

**ORDER DISMISSING DEFENDANTS: MARY MULLARKEY,
JAMES H. HIATT, RONALD L. SCHULTZ, CHRISTINE A. CARNEY,
C. EDWARD STIRMAN, PETER E. SCHOON, and SHERYLN SAMPSON**

---

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice Defendants Mullarkey, Hiatt, Schultz, Carney, Stirman, Schoon and Sampson** [#40] filed March 16, 2009. After careful review of the motion and the file, I conclude that the

motion should be granted and that plaintiff's claims against defendants, Mary Mullarkey, James H. Hiatt, Ronald L. Schultz, Christine A. Carney, C. Edward Stirman, Peter E. Schoon, and Sheryln Sampson, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice Defendants Mullarkey, Hiatt, Schultz, Carney, Stirman, Schoon and Sampson** [#40] filed March 16, 2009, is **GRANTED**;

2. That plaintiff's claims against defendants, Mary Mullarkey, James H. Hiatt, Ronald L. Schultz, Christine A. Carney, C. Edward Stirman, Peter E. Schoon, and Sheryln Sampson, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, Mary Mullarkey, James H. Hiatt, Ronald L. Schultz, Christine A. Carney, C. Edward Stirman, Peter E. Schoon, and Sheryln Sampson, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated March 16, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge