IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 08-cv-01867-REB-CBS

JANET L. RODRIQUEZ, n/k/a JANET KRAMER,

    Plaintiff,

v.

JUDICIAL BRANCH STATE OF COLORADO,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#42] filed April 2, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#42], filed April 2, 2009, is **GRANTED**;

2. That the Trial Preparation Conference set for September 11, 2009, is **VACATED**;

3. That the jury trial set to commence September 28, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 2, 2009, at Denver, Colorado.

                      BY THE COURT:

                      */s/ Robert E. Blackburn*
                      Robert E. Blackburn
                      United States District Judge